IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CRAYTONIA BADGER                                                    PETITIONER

v.                              CASE NO. 1:18-CV-01023

FEDERAL BUREAU OF PRISONS                                           RESPONDANT

## ORDER

Before the Court is the Report and Recommendation filed May 3, 2018, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Marschewski recommends that Petitioner's 28 U.S.C. § 2241 motion (ECF No. 1) be denied and dismissed with prejudice. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Marschewski's Report and Recommendation *in toto*. Accordingly, Petitioner's 28 U.S.C. § 2241 motion (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of May, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge